IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| SKYWARD ENERGY, LTD, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | NO.  MO:18-CV-000235 DC |
| | § | |
| CLIPPER WINDPOWER | § | |
| DEVELOPMENT, ET AL., | § | |
| *Defendant.* | § | |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a) and based upon the Parties' Joint Motion for Dismissal of Lawsuit With Prejudice (Doc. 49) filed May 29, 2020.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same.  All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 1st day of June, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE